**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

---

DEEANNA CAMPBELL,
on behalf of herself and others similarly situated,

                    Plaintiff,                          Case No.: 3:21-cv-00287-jdp

          v.

NATIONAL ENTERPRISE SYSTEMS, INC.,

                    Defendant,

---

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

---

In light of the Seventh Circuit's recent opinion in *Nabozny v. Optio Sols. LLC*, No. 22-1202, --- F.4th ---, 2023 WL 6967048 (7th Cir. Oct. 23, 2023), and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Deanna Campbell ("Plaintiff") and National Enterprise Systems, Inc. ("Defendant") stipulate to the dismissal of Plaintiff's claims without prejudice due to lack of Article III standing. Each party shall bear its own attorneys' fees and costs.

Date: October 26, 2023

/s/ *James L. Davidson*
James L. Davidson
Greenwald Davidson Radbil PLLC
5550 Glades Road, Suite 500
Boca Raton, FL 33431
Tel: 561-826-5477
jdavidson@gdrlawfirm.com

Matthew C. Lein
Lein Law Offices, LLP
15692 Highway 63 North
Hayward, WI 54843
Tel: 715-634-4273
mlein@leinlawoffices.com
Counsel for Plaintiff

/s/ *Andrew M. Schwartz*
Andrew M. Schwartz
Gordon & Reese Scully Mansukhani
Three Logan Square
1717 Arch Street, Suite 610
Philadelphia, PA 19103
Tel: 215-717-4023
amschwartz@grsm.com
Counsel for Defendant

1